Victor E. WILLIAMS, Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 03–3204.

United States Court of Appeals, Federal Circuit.

Aug. 1, 2003.

ORDER

Petitioner having filed the required Statement Concerning Discrimination, and having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

DESIGNING HEALTH, INC., Plaintiff–Cross Appellant,

and

Bernard Collett and Robert Macintosh Collett, Plaintiffs/Third Party Defendants–Cross Appellants,

and

Collett Veterinary Clinic, INC. and Collett Family Trust, Third Party Defendants–Appellees,

v.

Udo ERASMUS, Defendant/Third Party Plaintiff–Appellant,

and

Flora, Inc., Flora Manufacturing and Distributing, Ltd., Thomas Greither, and Gabriel Lightfriend, Defendants–Appellants.

Nos. 03–1438, 03–1439, 03–1440, 03–1441, 03–1442, 03–1443, 03–1457.

United States Court of Appeals, Federal Circuit.

Aug. 4, 2003.

ORDER

Appellant having paid the required filing fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RE-CALLED, and the notice of appeal is RE-INSTATED.